42 So.2d 836

**JOHNSON v. STATE.**

**I Div. 600.**

Court of Appeals of Alabama.

Nov. 22, 1949.

, Granade & Granade, of Chatom, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.

This appeal is here on the record without a transcription of the evidence. Under these circumstances we are not privileged to review the action of the court in overruling appellant's motion for a new trial, nor the propriety vel non of the refusal of the written charges tendered by the appellant. Graham v. State, 16 Ala.App. 87, 75 So. 635; Thorne v. State, 21 Ala.App. 57, 105 So. 709; York v. State, ante, p. 188, 39 So.2d 694.

The record is in every respect regular, and the judgment of the court below is ordered affirmed.

Affirmed.